**LESOWITZ GEBELIN LLP**
Scott M. Lesowitz (SBN 261759)
scott@lawbylg.com
8383 Wilshire Boulevard, Suite 800
Beverly Hills, CA 90211
Telephone: (310) 341-3076
Facsimile: (310) 341-3070

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANDRA "FU" DEBROSSE ZIMMERMANN and DICELLO LEVITT LLC,<br><br>Plaintiffs,<br><br>V.<br><br>LEADCLIENT, INC.; SELECT JUSTICE, LLC; AAL MEDIA, LLC; JUSTICE HERE, LLC; INVENTIVE SOLUTIONS, LLC; AND JONATHAN GOTTFRIED,<br><br>Defendants. | Case No. 3:23-cv-00581-AGS-SBC<br><br>**LEADCLIENT, INC.; SELECT JUSTICE, LLC; AAL MEDIA, LLC; JUSTICE HERE, LLC; INVENTIVE SOLUTIONS, LLC; AND JONATHAN GOTTFRIED'S AMENDED PROOF OF PERSONAL SERVICE OF THIRD-PARTY COMPLAINT ON THIRD-PARTY DEFENDANT SQUAREWAVE DIGITAL LLC ON MAY 3, 2024** |
| LEADCLIENT, INC.; SELECT JUSTICE, LLC; AAL MEDIA, LLC; JUSTICE HERE, LLC; INVENTIVE SOLUTIONS, LLC; AND JONATHAN GOTTFRIED;<br><br>Third-Party Plaintiffs,<br><br>V.<br><br>SQUAREWAVE DIGITAL LLC,<br><br>Third-Party Defendants | |

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Scott M. Lesowitz (SBN 261759)<br>LESOWITZ GEBELIN LLP<br>8383 Wilshire Blvd Suite 520<br>Beverly Hills, CA 90211<br>*Telephone No:* 310-341-3072<br>*Attorney For:*     *Ref. No. or File No.:* | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | |
| *Plaintiff:* DIANDRA "FU" DEBROSSE ZIMMERMANN<br>*Defendant:* LEADCLIENT, INC | |

| **AMENDED PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 3:23-cv-00581-AGS-SBC |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons on a Third Party Complaint; Complaint; Leadclient, Inc.; Select Justice, LLC; Aal Media, LLC; Justice Here, LLC; Inventive Solutions, Llc; And Jonathan Gottfried's Thirdparty Complaint Against Squarewave Digital LLC For: (1) Express Indemnity (2) Equitable Indemnity Demand For Jury Trial

3. *a. Party served:* SQUAREWAVE DIGITAL LLC
   *b. Person served:* Diana Ruiz, Authorized to Accept Service for Registered Agents Inc., Agent for Service of Process *served under F.R.C.P. Rule 4.*

4. *Address where the party was served:* 330 North Brand Boulevard Suite 700, Glendale, CA 91203

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, May 03 2024 (2) at: 12:40 PM

6. ***Person Who Served Papers:***
   a. Douglas Forrest (5141, Los Angeles)
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111
   **d.** ***The Fee*** *for Service was:* $94.42

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

05/30/2024
*(Date)* *(Signature)*