# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Leadclient, Inc.; Select Justice, LLC ;AAL Media, LLC; Justice Here, LLC; Inventive Solutions, LLC; and Jonathan Gottfried

**Defendant, Third-party plaintiff,**

**V.**

SquareWave Digital LLC

**Third-party defendant**

**Civil No.** 23cv0581-AGS-SBC

## DEFAULT

It appears from the record in the above entitled action that Summons issued on the Third-Party Complaint Filed on April 22, 2024 has been regularly served upon the Third-party Defendant hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that the Third-party Defendant has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, on request of counsel for Plaintiff, the DEFAULT of each of the following Third-party Defendant is hereby entered: SquareWave Digital LLC.

Entered On:

**JOHN MORRILL, Clerk of Court**

By: s/J. Simmons

J. Simmons, Deputy