Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
4974 South Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118
Telephone: 702-420-2001
ecf@randazza.com

***Attorneys for Plaintiffs,***
***Diandra "Fu" Debrosse Zimmermann and***
***DiCello Levitt LLC***

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANDRA "FU" DEBROSSE ZIMMERMANN and DICELLO LEVITT LLC,<br><br>Plaintiffs,<br>v.<br><br>LEADCLIENT, INC.; SELECT JUSTICE, LLC; AAL MEDIA, LLC; JUSTICE HERE, LLC; INVENTIVE SOLUTIONS, LLC; and JONATHAN GOTTFRIED,<br><br>Defendants. | Case No. 23-cv-0581-AGS-SBC<br><br>**JOINT MOTION TO DISMISS** |

Plaintiffs Diandra "Fu" Debrosse Zimmermann and DiCello Levitt LLC ("Plaintiffs"), and Defendants Leadclient, Inc.; Select Justice, LLC; AAL Media, LLC; Justice Here, LLC; Inventive Solutions, LLC; and Jonathan Gottfried ("Defendants) (collectively, the "Parties") hereby file this Joint Motion to Dismiss. The Parties request that the Court dismiss all claims asserted in this action by Plaintiffs against Defendants with prejudice.

Respectfully submitted,

Dated July 29, 2024

/s/ Alex J. Shepard
Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
Randazza Legal Group, PLLC
4974 South Rainbow Blvd., Suite 100
Las Vegas, Nevada 89118

***Attorneys for Plaintiffs, Diandra "Fu" Debrosse Zimmermann and DiCello Levitt LLC***

Dated July 29, 2024

/s/ Scott M. Lesowitz
Scott M. Lesowitz, CA Bar No. 261759
scott@lawbylg.com
Lesowitz Gebelin LLP
8383 Wilshire Boulevard, Suite 800
Beverly Hills, CA 90211

***Attorneys for Defendants, Leadclient, Inc.; Select Justice, LLC; AAL Media, LLC; Justice Here, LLC; Inventive Solutions, LLC; and Jonathan Gottfried***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2024, a true and correct copy of the foregoing document was served on all appearing parties via the Court's CM/ECF system.

/s/ Alex J. Shepard
Alex J. Shepard